# United States District Court
# District of Massachusetts

ROBERT MICHAEL HAMILTON,
    Plaintiff,

       v.          CIVIL ACTION NO. 13-11910-RBC

REGINALD BARNETT, ET AL.,
    Defendants.

## *MEMORANDUM AND ORDER*

COLLINGS, M.J.

### BACKGROUND

On October 24, 2013, an Order issued, allowing Plaintiff's Motion for Leave to Proceed in forma pauperis and directing that summonses issue for service of a summons, complaint and consent package on each of the four defendants. The docket for this action indicate that Plaintiff contacted the United States Marshals Service and arranged for service of the summonses on each of the four defendants. It appears, however, that the Attorney General and United States Attorney were not served, despite the fact that the summonses were mailed to Plaintiff with instructions for effecting service on the United States, its agencies, corporations, officers, or employees pursuant to Rule 4(i) of the Federal Rules of Civil Procedure.

### DISCUSSION

Fed. R. Civ. P. 4 governs the service of process on the defendants in a lawsuit. If a defendant is not served within 120 days after the complaint is filed, the court ... must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. Fed. R. Civ. P. 4(m). Pursuant to Rule 4(i), service upon an agency of the United States is effected by:

> 1) serving the United States Attorney for the district in which the action is brought (Rule 4(i)(1)(A));
> 2) mailing a copy of the summons and complaint to the Attorney General (Rule 4(i)(1)(B)); and
> 3) mailing a copy of the summons and complaint to the appropriate agency (Rule 4(i)(1)(C)).

Here, Plaintiff has not fulfilled the requirements of Rule 4 because he has not served the United States Attorney for the District of Massachusetts and the Attorney General. Plaintiff is proceeding pro se and has arranged for service of the named defendants by the United States Marshals Service. I find good cause exists for an extension of time and the Clerk will be directed to re-issue the summonses.

Plaintiff is advised that, notwithstanding this directive to the United States Marshal, he is solely responsible for ensuring that service of process is made in a proper and timely fashion, and failing to do so may result in a dismissal of this action. Plaintiff shall have until June 30, 2014 to file proof of service in this Court.

## CONCLUSION

Based on the foregoing, it is hereby Ordered that:

1. The Clerk shall re-issue summonses for service of the complaint.

2. The Clerk shall again provide the plaintiff with the form for Consent/Refusal of Magistrate Judge Jurisdiction and the instructions for that form ("consent package").

3. The Clerk shall send the re-issued summonses, complaint, consent package and this Memorandum and Order to the Plaintiff, who must thereafter serve the defendants and the Attorney General and United States Attorney for the District of Massachusetts in accordance with Federal Rule of Civil Procedure 4(m). The plaintiff may elect to have service made by the United States Marshal Service. If directed by the plaintiff to do so, the United States Marshal shall serve the re-issued summonses, complaint, consent package and this Memorandum and Order upon the defendants, Attorney General and United States Attorney for the District of Massachusetts, in the manner directed by the plaintiff, with all costs of service to be advanced by the United States. Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, the plaintiff shall have until June 30, 2014 to complete service.

SO ORDERED.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS

May 20, 2014.   United States Magistrate Judge